John P. Kristensen (SBN 224132)
**KRISTENSEN LLP**
120 Santa Barbara Street, Suite C9
Santa Barbara, California 93101
Telephone: 805-837-2000
*john@kristensen.law*

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJA DOGONYARO, | ) Case No.: 2:23-cv-10268-DSF-KES |
| Plaintiff, | ) **PLAINTIFFS NOTICE OF PROOF** |
| vs. | ) **OF SERVICE OF SUMMONS,** |
| | ) **COMPLAINT, AND OTHER CASE** |
| RPZ LA, LLC dba MAINRO, a Delaware limited liability company; ROMAIN ZAGO, an individual; MICHAEL KONIG, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive, | ) **INITIATING DOCUMENTS TO** ) **DEFENDANT MICHAEL KONIG** |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Federal Rule of Civil Procedure 4, attached hereto as Exhibit "1" is a true and correct copy of the proof of service of the Summons, Complaint, and other case initiating documents upon defendant Michael Konig, who was served via personal service on April 23, 2024. Defendant Michael Konig's deadline to file a responsive pleading is Tuesday, May 14, 2024.

Dated: April 30, 2024                    Respectfully submitted,

                                         **KRISTENSEN LAW GROUP**

                                         */s/ John P. Kristensen*
                                         John P. Kristensen
                                         ***Attorneys for Plaintiffs***